DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

MARK ANTHONY PICKENS

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-2419
————————————————

February 14, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michelle D. Sisco, Judge.

Mark Anthony Pickens, pro se.

PER CURIAM.

     Affirmed.

VILLANTI, LaROSE, and MORRIS, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.